ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004
Telephone:    480.530.2962
Facsimile:    205.254.1999
Aandrews@maynardnexsen.com

ADAM J. PERNSTEINER (*Designated as Attorney in Nevada for Service*)
Nevada State Bar No. 7862
KEARNEY, PUZEY & DAMONTE, LTD.
300 South 4th Street, Suite 805
Las Vegas, NV 89101
Telephone:    720.760.0177
apernsteiner@nvlawfirm.com

VIVIAN I. ORLANDO (*Pro Hac Vice Application Forthcoming*)
California State Bar No. 213833
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone:    310.596.4500
Facsimile:    205.254.1999
vorlando@maynardnexsen.com

*Attorneys for Defendant*
*Transamerica Life Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TECHNOIR, LLC, a Wyoming Limited Liability Company,<br><br>                Plaintiff,<br><br>        vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; and DOES 1 through X; ROE CORPORATIONS 1 through X; inclusive,<br><br>                Defendants. | **Case No. 2:26-cv-00540-JAD-BNW**<br><br>(Hon. Jennifer A. Dorsey)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)**<br><br>Complaint Filed: January 20, 2026 |

1

**STIPUALTION**

This Stipulation is entered into by and between Defendant Transamerica Life Insurance Company ("TLIC") and Plaintiff Technoir, LLC ("Plaintiff"), by and through their respective counsel of record, to extend TLIC's deadline to respond to Plaintiff's Complaint from March 5, 2026 until March 30, 2026 based on the following:

1.    Plaintiff filed its Complaint on January 20, 2026 in state court in Nevada;

2.    Plaintiff served the Summons and Complaint on TLIC on February 5, 2026;

3.    TLIC removed this action from Nevada state court to this Court on February 26, 2026;

4.    Following removal, TLIC's deadline to respond to the Complaint is March 5, 2026;

5.    TLIC recently retained the undersigned counsel to represent it in this action and TLIC's counsel requested, and Plaintiff's counsel approved, an extension of time until **March 30, 2026** for TLIC to respond to the Complaint to allow TLIC sufficient time to analyze and investigate the allegations in the Complaint, and to prepare a response thereto.

6.    This is the first stipulation for extension of time TLIC has sought.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulate and agree to extend the deadline for TLIC to respond to the Complaint, up to and including **March 30, 2026**, to allow TLIC sufficient time to analyze and investigate the

//
//
//
//
//
//
//
//
//
//

2

allegations in the Complaint, and to prepare a response thereto. This extension request is sought in good faith and not made for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: February 26, 2026

HUTCHINSON & STEFFEN, PLLC

/s/ *Matthew S. McLaughin*
Joseph R. Ganley
Nevada Bar No. 5643
Matthew S. McLaughlin
Nevada Bar No. 16110
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Los Vegas, NV 89145
*Attorneys for Plaintiff Technoir, LLC*

Dated: February 26, 2026

MAYNARD NEXSEN PC

/s/*Ann-Martha Andrews*
ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004
*Attorneys for Defendant*
*Transamerica Life Insurance Company*

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __March 2, 2026_____

Respectfully submitted,
MAYNARD NEXSEN PC

/s/*Ann-Martha Andrews*
ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004

3

## CERTIFICATE OF SERVICE

### *Technoir LLC v. Transamerica Life insurance Company*

### STATE OF ARIZONA COUNTY OF MARICOPA

I am a citizen of the United States and employed in Phoenix, Arizona, and am a  member of the bar of this Court.  I am over the age of 18 and not a party to the within actions; my business address is 2025 N. 3rd Street, Suite B300, Phoenix, AZ 85004.

On February 27, 2026 **,** I caused to be served the document(s) entitled,  **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):**        I caused to be served such envelope in the mail at Phoenix, Arizona, with postage fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Phoenix AZ, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC MAIL):**    By transmitting a true copy thereof to the electronic mail addresses as indicated below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **February 27, 2026**, at Phoenix, AZ.

*/s/ Ann-Martha Andrews*
Ann-Martha Andrews

PROOF OF SERVICE

## SERVICE LIST

### *Technoir LLC v. Transamerica Life insurance Company*

Joseph R. Ganley, Esq.
Matthew S. Mclaughlin, Esq.
HUTCHISON & STEFFEN, PLLC PECCOLE
PROFESSIONAL PARK
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
TEL: (702) 385-2500
FAX: (702) 385-2086
Emails: jganley@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Plaintiff Technoir LLC*