ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004
Telephone:      480.530.2962
Facsimile:      205.254.1999
Aandrews@maynardnexsen.com

ADAM J. PERNSTEINER (*Designated as Attorney in Nevada for Service*)
Nevada State Bar No. 7862
KEARNEY, PUZEY & DAMONTE, LTD.
300 South 4th Street, Suite 805
Las Vegas, NV 89101
Telephone:      720.760.0177
apernsteiner@nvlawfirm.com

VIVIAN I. ORLANDO (*Admitted Pro Hac Vice*)
California State Bar No. 213833
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone:      310.596.4500
Facsimile:      205.254.1999
vorlando@maynardnexsen.com

*Attorneys for Defendant*
*Transamerica Life Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TECHNOIR, LLC, a Wyoming Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY; and DOES 1 through X; ROE CORPORATIONS 1 through X; inclusive, <br><br> Defendants. | **Case No. 2:26-cv-00540-JAD-BNW** <br><br> (Hon. Jennifer A. Dorsey) <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(Second Request)** <br><br> Complaint Filed: January 20, 2026 |

1

## **STIPULATION**

This Stipulation is entered into by and between Defendant Transamerica Life Insurance Company ("TLIC") and Plaintiff Technoir, LLC ("Plaintiff"), by and through their respective counsel of record, to extend TLIC's deadline to respond to Plaintiff's Complaint from March 30, 2026 until **April 20, 2026** based on the following:

1. Plaintiff filed its Complaint on January 20, 2026 in state court in Nevada;

2. Plaintiff served the Summons and Complaint on TLIC on February 5, 2026;

3. TLIC removed this action from Nevada state court to this Court on February 26, 2026;

4. Following removal, TLIC's deadline to respond to the Complaint was March 5, 2026;

5. TLIC requested and Plaintiff's counsel approved, an extension of time until March 30, 2026 for TLIC to respond to the Complaint, which this Court approved on March 2, 2026. [ECF 8].

6. The Parties met and conferred on March 25, 2026, to discuss the upcoming Joint Status Report, and TLIC also requested a brief additional extension of time of 21 days to further analyze and investigate the allegations in the Complaint, and to prepare a response thereto. TLIC also advised of certain pleading deficiencies it contends exist with respect to Plaintiff's Complaint, which Plaintiff agreed to consider further.

7. Subsequently, on March 26, 2026, the Parties stipulated and agreed to further extend the deadline for TLIC to respond to the Complaint for 21 days, up to and including **April 20, 2026**, to allow additional time for TLIC to analyze and investigate the allegations in the Complaint, and to prepare a response thereto, and for Plaintiff to consider whether it may voluntarily amend the complaint in light of the meet and confer.

8. This is the second stipulation for extension of time TLIC has sought.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

//

//

//

//

2

The Parties stipulate and agree to extend the deadline for TLIC to respond to the Complaint, up to and including **April 20, 2026**. This extension request is sought in good faith and not made for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: March 26, 2026                                    Dated: March 26, 2026

HUTCHINSON & STEFFEN, PLLC               MAYNARD NEXSEN LLP

/s/ *Matthew S. McLaughin*                         /s/ *Vivian I. Orlando*
Joseph R. Ganley                                          VIVIAN I. ORLANDO (*Admitted Pro
Nevada Bar No. 5643                                     Hac Vice*)
Matthew S. McLaughlin                                California State Bar No. 213833
Nevada Bar No. 16110                                  MAYNARD NEXSEN LLP
HUTCHISON & STEFFEN, PLLC               2121 Avenue of the Stars, Suite 650
Peccole Professional Park                             Los Angeles, CA 90067
10080 West Alta Drive, Suite 200                *Attorneys for Defendant*
Los Vegas, NV 89145                                   *Transamerica Life Insurance Company*
*Attorneys for Plaintiff Technoir, LLC*

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE  JUDGE


DATED: March 27, 2026


Respectfully submitted,
 MAYNARD NEXSEN LLP

 /s/Vivian I. Orlando
 VIVIAN I. ORLANDO (*Admitted
 Pro Hac Vice*)
 California State Bar No. 213833
 MAYNARD NEXSEN LLP
 2121 Avenue of the Stars, Suite 650
 Los Angeles, CA 90067

3

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

### Case No. 2:26-cv-00540-JAD-BNW

*Technoir v. Transamerica Life Insurance Company*

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 2121 Avenue of the Stars, Suite 650, Los Angeles, CA 90067.

On, **March 26, 2026,** I served the document(s) entitled, **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY CM/ECF SERVICE)**:    I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **March 26, 2026**, at Los Angeles, California.

_____

Lea Borys

PROOF OF SERVICE
00072\205997764.v1 - LBORYS@MAYNARDNEXSEN.COM

**SERVICE LIST**

**Case No. 2:26-cv-00540-JAD-BNW**

*Technoir v. Transamerica Life Insurance Company*

Joseph R. Ganley (5643)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC Peccole
Professional Park
10080 West Alta Drive, Suite 200 Las
Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
*Attorneys for Plaintiff Technoir, LLC*

ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004
Telephone:    480.530.2962
Facsimile:    205.254.1999
Aandrews@maynardnexsen.com
*Attorneys for Defendant
Transamerica Life Insurance Company*

ADAM J. PERNSTEINER (*Designated as
Attorney in Nevada for Service*)
Nevada State Bar No. 7862
KEARNEY, PUZEY & DAMONTE, LTD.
300 South 4th Street, Suite 805
Las Vegas, NV 89101
Telephone:    720.760.0177
apernsteiner@nvlawfirm.com
*Attorneys for Defendant
Transamerica Life Insurance Company*

CERTIFICATE OF SERVICE