ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004
Telephone:    480.530.2962
Facsimile:    205.254.1999
Aandrews@maynardnexsen.com

ADAM J. PERNSTEINER (*Designated as Attorney in Nevada for Service*)
Nevada State Bar No. 7862
KEARNEY, PUZEY & DAMONTE, LTD.
300 South 4th Street, Suite 805
Las Vegas, NV 89101
Telephone:    720.760.0177
apernsteiner@nvlawfirm.com

VIVIAN I. ORLANDO (*Admitted Pro Hac Vice*)
California State Bar No. 213833
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone:    310.596.4500
Facsimile:    205.254.1999
vorlando@maynardnexsen.com

*Attorneys for Defendant*
*Transamerica Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TECHNOIR, LLC, a Wyoming Limited Liability Company,<br><br>            Plaintiff,<br><br>      vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; and DOES 1 through X; ROE CORPORATIONS 1 through X; inclusive,<br><br>            Defendants. | **Case No. 2:26-cv-00540-JAD-BNW**<br><br>(Hon. Jennifer A. Dorsey)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Third Request)**<br><br>Complaint Filed: January 20, 2026 |

1

**STIPULATION**

This Stipulation is entered into by and between Defendant Transamerica Life Insurance Company ("TLIC") and Plaintiff Technoir, LLC ("Plaintiff"), by and through their respective counsel of record, to extend TLIC's deadline to respond to Plaintiff's Complaint from April 20, 2026 until **May 20, 2026** based on the following:

1.    Plaintiff filed its Complaint on January 20, 2026 in state court in Nevada;

2.    Plaintiff served the Summons and Complaint on TLIC on February 5, 2026;

3.    TLIC removed this action from Nevada state court to this Court on February 26, 2026;

4.    Following removal, TLIC's deadline to respond to the Complaint was March 5, 2026;

5.    TLIC requested and Plaintiff's counsel approved, an extension of time until March 30, 2026 for TLIC to respond to the Complaint, which this Court approved on March 2, 2026. [ECF 8].

6.    The Parties met and conferred on March 25, 2026, to discuss an upcoming Joint Status Report, and TLIC also requested a brief additional extension of time of 21 days to further analyze and investigate the allegations in the Complaint, and to prepare a response thereto. TLIC also advised of certain pleading deficiencies it contends exist with respect to Plaintiff's Complaint, which Plaintiff agreed to consider further.

7.    Subsequently, on March 26, 2026, the Parties stipulated and agreed to further extend the deadline for TLIC to respond to the Complaint for 21 days, up to and including April 20, 2026, which the court granted on March 27, 2026.  [ECF 14].

8.    On April 15, 2026, the Parties further met and conferred to discuss several issues in this case and Plaintiff agreed to allow an additional 30 days until **May 20, 2026** for TLIC to respond to the Complaint. This additional time will allow TLIC to continue to analyze and investigate the allegations in the Complaint and to prepare a response thereto, will allow the Parties to further confer on matters relating to the case, and will allow Plaintiff to further consider whether it may voluntarily amend the Complaint in light of the meet and confer discussions that have occurred, which it is still evaluating.

9.    This is the third stipulation for extension of time TLIC has sought.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

The Parties stipulate and agree to extend the deadline for TLIC to respond to the Complaint, up to and including **May 20, 2026**. This extension request is sought in good faith and not made for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: April 15, 2026                              Dated: April 15, 2026

HUTCHINSON & STEFFEN, PLLC              MAYNARD NEXSEN LLP

/s/ *Matthew S. McLaughin*                    /s/ *Vivian I. Orlando*
Joseph R. Ganley                              VIVIAN I. ORLANDO (*Admitted Pro*
Nevada Bar No. 5643                           *Hac Vice*)
Matthew S. McLaughlin                         California State Bar No. 213833
Nevada Bar No. 16110                          MAYNARD NEXSEN LLP
HUTCHISON & STEFFEN, PLLC              2121 Avenue of the Stars, Suite 650
Peccole Professional Park                     Los Angeles, CA 90067
10080 West Alta Drive, Suite 200
Los Vegas, NV 89145                           MAYNARD NEXSEN P.C.
*Attorneys for Plaintiff Technoir, LLC*

                                              /s/ *Ann Martha Andrews*
                                              ANN-MARTHA ANDREWS
                                              Nevada State Bar No. 7585
                                              MAYNARD NEXSEN PC
                                              2025 N. 3rd Street, Suite B300
                                              Phoenix, AZ 85004

                                              *Attorneys for Defendant*
                                              *Transamerica Life Insurance Company*

## ORDER

While this Court will grant the above stipulation, it is not inclined to grant future continuances. **IT IS SO ORDERED:**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_April 17, 2026_____

3

Respectfully submitted,
MAYNARD NEXSEN LLP

*/s/Vivian I. Orlando*
VIVIAN I. ORLANDO (*Admitted Pro Hac Vice*)
California State Bar No. 213833
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067


MAYNARD NEXSEN P.C.

*/s/ Ann Martha Andrews*
ANN-MARTHA ANDREWS
Nevada State Bar No. 7585
MAYNARD NEXSEN PC
2025 N. 3rd Street, Suite B300
Phoenix, AZ 85004

*Attorneys for Defendant*
*Transamerica Life Insurance Company*

4

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

### Case No. 2:26-cv-00540-JAD-BNW

*Technoir v. Transamerica Life Insurance Company*

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within actions; my business address is 2121 Avenue of the Stars, Suite 650, Los Angeles, CA 90067.

On, **April 15, 2026,** I served the document(s) entitled, STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (Third Request) on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY CM/ECF SERVICE)**:        I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on **April 15, 2026**, at Los Angeles, California.

_____
Lea Borys

PROOF OF SERVICE

**SERVICE LIST**

**Case No. 2:26-cv-00540-JAD-BNW**

*Technoir v. Transamerica Life Insurance Company*

| | |
|---|---|
| Joseph R. Ganley (5643) | ANN-MARTHA ANDREWS |
| Matthew S. McLaughlin (16110) | Nevada State Bar No. 7585 |
| HUTCHISON & STEFFEN, PLLC Peccole | MAYNARD NEXSEN PC |
| Professional Park | 2025 N. 3rd Street, Suite B300 |
| 10080 West Alta Drive, Suite 200 Las Vegas, | Phoenix, AZ 85004 |
| NV 89145 | Telephone:    480.530.2962 |
| Tel: (702) 385-2500 | Facsimile:    205.254.1999 |
| Fax: (702) 385-2086 | Aandrews@maynardnexsen.com |
| *Attorneys for Plaintiff Technoir, LLC* | *Attorneys for Defendant* |
| | *Transamerica Life Insurance Company* |

ADAM J. PERNSTEINER (*Designated as Attorney in Nevada for Service*)
Nevada State Bar No. 7862
KEARNEY, PUZEY & DAMONTE, LTD.
300 South 4th Street, Suite 805
Las Vegas, NV 89101
Telephone:    720.760.0177
apernsteiner@nvlawfirm.com
*Attorneys for Defendant*
*Transamerica Life Insurance Company*

CERTIFICATE OF SERVICE